UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| PATRICK LE QUERE<br><br>       Plaintiff,<br><br>v.<br><br>TEPLIS TRAVEL SERVICE LP<br><br>       Defendant. | **Case No.: 5:20-cv-107** |

**NOTICE OF SETTLEMENT**

The parties have reached a settlement in principle. The parties will file their notice of dismissal within 30 days.

                /s/Richard Liebowitz
                Richard Liebowitz

                *Counsel for Plaintiff*